UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN LI<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-15915<br><br>Honorable John J. Tharp Jr.<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby gives notice that, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, and or their counsel(s), gives notice that Defendant Ruilinnaus (Defendant No. 30) is dismissed without prejudice.

Dated: 12-26-23

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Pete Wolfgram*
　　　　　　　　　　　　　　　　　　　　　　　　Pete Wolfgram
　　　　　　　　　　　　　　　　　　　　　　　　Stratum Law LLC
　　　　　　　　　　　　　　　　　　　　　　　　2424 E. York St. Ste. 223
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA, 19125
　　　　　　　　　　　　　　　　　　　　　　　　*for Plaintiff Jin Li*