**BC**

Subject: Urgent Request for Court Order to Unfreeze OneZero Parts Store

Dear Honorable John J. Tharp Jr.,



FILED MCP
6/19/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I hope this message finds you well. My name is Yongjie Xu, an Amazon seller based in China. My store, OneZero Parts Store with Store ID ACEV6B9XFCK2D, is listed as the defendant in case number 23-cv-15915.

I am reaching out to bring to your attention an issue regarding the settlement agreement reached between the plaintiff and myself. On December 26, 2023, I reached an agreement and paid the plaintiff $1,250 as part of the settlement. On the same day, the plaintiff's attorney sent a dismissal notice to my attorney and informed us that they had notified Amazon to unfreeze my account. **However, my account remains frozen.**

On February 20, 2024, my attorney informed the plaintiff's attorney that my store was still frozen.

On February 21, 2024, the plaintiff's attorney responded,

stating that they had requested the platform to lift the freeze back in December 2023. They advised us to check with the platform to see if there were any other TRO cases.

Subsequently, I contacted Amazon, and Amazon informed us that the store remains frozen due to case number 23-cv-15915. My attorney has made several persistent attempts to contact the plaintiff's attorney and Amazon regarding the unfreezing issue, but we have not received any response since February 22, 2024.

**Exhibit A** is a screenshot of the notification from Amazon indicating that our account is still frozen by case 23-cv-15915.

Your Honor, I respectfully request your review of my situation and your assistance in resolving this matter. I kindly ask for your consideration in dismissing the lawsuit against me and requiring the plaintiff and Amazon to complete the unfreezing process within a reasonable timeframe.

Thank you for your attention to this matter. I respectfully await your guidance and assistance.

Sincerely,

Yongle Xu

尊敬的OneZero Parts Store

我是来自亚马逊账户状况支持团队的Jimmy。感谢您与我讨论有关您亚马逊销售帐户的问题。

根据我们在电话中的讨论，我了解到您需要关于对方律师已于二月份提交了撤诉书，但是账户还是被冻结相关问题的协助。

我很高兴能够与您讨论您的问题。目前，我们没有接受到Case No. 23-cv-15915撤诉书。请你在 联系对方律师。

如果您有任何问题，账户状况支持团队每周 7 天为您提供服务，并详细解决您的疑问。要与账户状况专员交谈，请单击 "账户状况" 页面上的 "现在与我联系" 按钮：

https://sellercentral.amazon.com/performance/dashboard

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com

SPC-USAmazon-545359734309848

Based on our phone discussion, I understand you need assistance regarding the issue of the account still being frozen despite the opposing counsel submitting a dismissal notice in February.

I am happy to discuss your concerns. Currently, we have not received a dismissal notice for Case No. 23-cv-15915. Please contact the opposing counsel.